UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Samantha B.,

    Plaintiff,

    v.

Commissioner of Social Security,

    Defendant.

Case No. 2:25-cv-266

Judge Michael H. Watson

Magistrate Judge Jolson

### ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R"), recommending the Court reverse the decision of the Commissioner of Social Security ("Commissioner") and remand this case to the Commissioner and the Administrative Law Judge ("ALJ") under Sentence Four of § 405(g). R&R, ECF No. 16. The R&R notified the parties of their right to object to that recommendation and of the consequences of failing to do so. *Id.* at 12. No party objected. Accordingly, the Court **ADOPTS** the R&R without conducting a de novo review, **REVERSES** the Commissioner's decision, and **REMANDS** this case to the Commissioner and ALJ under Sentence Four of § 405(g). The Clerk shall enter judgment for Plaintiff and terminate this case.

    IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT